WALKER MEMORIAL BAPTIST CHURCH, INC., Respondent, v. Rev. JOHN W. SAUNDERS and Others, Appellants.— Order unanimously modified by eliminating therefrom the following: " Ordered that any and all action taken at ' special corporate meetings ' of July 25, 1939, is unauthorized, illegal and void, and it is further," and as so modified affirmed, without costs. The date for the trial to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WALKER MEMORIAL BAPTIST CHURCH, INC., Respondent, v. RACHEL BROUN and Others, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. The questions at issue between these parties can be determined only after a trial. As pointed out on the companion appeal, the date of the trial will be fixed in the order to be entered therein. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BENJAMIN BERGER and CONTINENTAL HAND DRAWN WORKS, INC., Respondents, v. GREENHOUSE BRANDT, INC., Defendant, Impleaded with JAY GREENHOUSE, Defendant, Appellant. HERMAN SCHECKNER, Appellant.— Order, and judgment as amended, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements to the appellants, and the cross-motion for an order directing a set-off denied. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of Proceedings Supplementary to Execution by MARWILL REALTY CORPORATION and VIVIAN ZEL HOLDING Co., INC., Judgment Creditors, Appellants, against NATE D. SHORR and Others, Judgment Debtors, Respondents. JOSEPH RASCH, Receiver, Respondent.— Order appealed from, entered on the 8th day of April, 1939, unanimously modified by referring the question of a fair and adequate price to Hon. Richard P. Lydon, official referee, to hear and report to Special Term, and as so modified affirmed, without costs. Orders entered respectively on the 22d day of April, 1939, and the 31st day of May, 1939, unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of MORRIS A. HALPERN, an Attorney.— Proceeding dismissed. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of CHESTER W. McNALLY (Also Known as CHESTER WILLIAM McNALLY).— Application denied. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of LEO KAMELL against Hon. MORRIS KOENIG, a Judge of the Court of General Sessions of the County of New York, to Review and Annul a Determination and Order of the Respondent Adjudging Petitioner Guilty of Criminal Contempt of Court.— Motion for leave to appeal to the Court of Appeals and for other relief denied. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of S. H. KRESS & Co. against THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.